(Official Form 1)(12/03)

| FORM B1 | UNITED STATES BANKRUPTCY COURT<br>WESTERN DISTRICT OF OKLAHOMA<br>LAWTON DIVISION | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First Middle):<br>**Bauman, Brett** | Name of Joint Debtor (Spouse) (if individual, enter Last, First Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No (if more than one, state all):<br>**xxx-xx-8504          20-0611680** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, State and Zip Code):<br>**419 N. 8th<br>Ponca City, OK  74601** | Street Address of Joint Debtor (No. and Street, City, State and Zip Code): |
| County of Residence or of the Principal Place of Business:<br>**Kay** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

| Location of Principal Assets of Business Debtor (if different from street address above): |
|---|

# 05-26754 BH

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue**   (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor**   (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed**   (Check one box) | |
|---|---|---|---|
| ☑ Individual(s) | ☐ Railroad | ☑ Chapter 7    ☐ Chapter 11    ☐ Chapter 13 | |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9    ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Section 304 - Case ancillary to foreign proceeding | |
| ☐ Other_____ | ☐ Clearing Bank | | |

| **Nature of Debts**   (Check one box) | | **Filing Fee**   (Check one box) |
|---|---|---|
| ☑ Consumer/Non-Business | ☐ Business | ☑ Full Filing Fee attached |

| **Chapter 11 Small Business**   (Check all boxes that apply) | ☐ Filing Fee to be paid in installments (Applicable to individuals only)<br>Must attach signed application for the court's consideration |
|---|---|
| ☐ Debtor is a small business as defined by 11 U.S.C. Sec. 101. | certifying that the debtor is unable to pay fee except in installments. |
| ☐ Debtor is & elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | Rule 1006(b).  See Official Form 3. |

**Statistical/Administrative Information**     (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

☑ Debtor estimates that, after any exempt property is excluded and administrative expenses are paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15<br>☐ | 16-49<br>☐ | 50-99<br>☑ | 100-199<br>☐ | 200-999<br>☐ | 1000-Over<br>☐ | | |
|---|---|---|---|---|---|---|---|---|

| Estimated Assets | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000<br>☑ | $50,001 to<br>$100,000<br>☐ | $100,001 to<br>$500,000<br>☐ | $500,001 to<br>$1 million<br>☐ | 1,000,001 to<br>$10 million<br>☐ | $10,000,001 to<br>$50 million<br>☐ | $50,000,001 to<br>$100 million<br>☐ | More than<br>$100 million<br>☐ | |

| Estimated Debts | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000<br>☐ | $50,001 to<br>$100,000<br>☐ | $100,001 to<br>$500,000<br>☑ | $500,001 to<br>$1 million<br>☐ | 1,000,001 to<br>$10 million<br>☐ | $10,000,001 to<br>$50 million<br>☐ | $50,000,001 to<br>$100 million<br>☐ | More than<br>$100 million<br>☐ | |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2005 (Build 7.0.1.148, ID 1041352569)*

(Official Form 1)(12/03)                                                                                          FORM B1, Page 2

| **Voluntary Petition (page 2)** | Name of Debtor(s):  **Brett Bauman** |
|---|---|
| *(This page must be completed and filed in every case)* | |

### Prior Bankruptcy Case(s) Filed Within Last 6 Years  (If more than two, attach additional sheet)

| Location Where Filed: **None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case(s) Filed by any Spouse, Partner or Affiliate of this Debtor  (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Brett Bauman_
**Brett Bauman**

X _____

Telephone Number (If not represented by an attorney)
_____

10/12/05
Date

### Signature of Attorney

X _Timothy L. Wallace_
**Timothy L. Wallace**          Bar No. **18889**

**Wallace Law Firm, P.C.**
**Immigration & Bankruptcy Law Center**
**2533 SW 59th Street**
**Oklahoma City, OK  73119**

Phone No.**(405) 688-4444**          Fax No.**(928) 441-3162**

_____
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐   Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner named in the foregoing petition that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _Timothy L. Wallace_          10-12-05
**Timothy L. Wallace**                      Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.
☑   No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both (11 U.S.C. § 110; 18 U.S.C. § 156).

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**
**LAWTON DIVISION**

IN RE:   **Brett Bauman**                                                      CASE NO

                                                                              CHAPTER    **7**

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR(S)

*The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.*

## Chapter 7: Liquidation   ($209.00 filing fee)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. In a Chapter 7 case, a trustee secures for the bankruptcy estate all your assets which the trustee may obtain under the applicable provisions of the Bankruptcy Code. You may claim certain of your property exempt under governing law. The trustee may then liquidate the non-exempt property as necessary and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a Chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to a valid security interest. Your attorney can explain the options that are available to you.

## Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income   ($194.00 filing fee)

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for Chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under Chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period of time allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3. Under Chapter 13, unlike Chapter 7, you may keep all of your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long-term secured obligations.

## Chapter 11: Reorganization   ($839.00 filing fee)

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a Chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family Farmer   ($239.00 filing fee)

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to Chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm.

**ACKNOWLEDGEMENT**

I hereby certify that I have read this notice on this _____ 12 _____ day of _____ OCTOBER _____, 2005.

_____
**Brett Bauman**

N

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA
## LAWTON DIVISION

In re               )
  Brett Bauman        )    Case No.
               )    Chapter: 7
               )
       Debtor(s)     )
               )
Social Security No(s).  Tax ID No(s). (if any): )
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     20-0611680    )
               )

## STATEMENT OF ATTORNEY FOR PETITIONER PURSUANT TO BANKRUPTCY RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rule, states that:

(1) The undersigned is the attorney for the debtor(s) in this case;

(2) The compensation paid or agreed to be paid by the debtor(s) in this case:
(a) for legal services rendered or to be rendered in contemplation of
and in connection with this case................................................. $476.00
(b) prior to filing this statement, debtor(s) have paid...................... $476.00
(c) the unpaid balance due and payable is.................................... $0.00

(3) $209.00 of the filing fee in this case has been paid.

(4) The services rendered or to be rendered include the following:
(a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under Title 11, United States Code.
(b) Preparation and filing of the petition, schedules of assets and liabilities, statement of affairs, and other documents required by the court
(c) Representation of the debtor(s) at the first meeting of creditors, confirmation hearing, Relief from Stay, and compliance with General Order No. 1.
(e) Other provision as needed:

Payment which become due and remain unpaid will incur 10% interest APR.

If amendments to schedules for stricken entities, or entities not disclosed on Client Worksheets are required, a $26.00 filing fee and a $50.00 attorney's fee for each 25 added or amended creditor(s) shall be assessed for each amendment to the Matrix due to errors or omissions by the client.

Client understands any tax refund for the prior year is property of the bankruptcy estate, and client may not spend the proceeds of a tax refund during the tendency of a bankruptcy without first receiving the permission of the case trustee, for your case.

Any payments made by client in advance of the filing of the Petition in this case are considered fully earned by Attorney.

Sums due under a payment plan which are not fully earned post-petition, according to the schedule in the last paragraph of this agreement, may be discharged as pre-petition debt, and any payments made by client hereunder are voluntary. We encourage you to consult with an outside attorney regarding the meaning and your responsibilities under this agreement.

Billing statements may or may not be mailed to you. No further indicia of payment due is required.If payment in full was not made on or before the date of filing, payments are due each month in the amount of $70.00, beginning 30 days from the date of filing, and each month thereafter until the remaining post-petition balance is paid in full.

Student loans are not discharged.

Representation ceases as of the date of discharge or dismissal.

(5) The source of the payments made by the debtor(s) to the undersigned was made from earnings, wages, and compensation for services performed, and if a fee is paid by transfer of property or if security is taken, give details here and in the appropriate section of Schedules or Statement of Affairs.

(6) The source of payments to be made by debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed; and

(7) The undersigned have not shared or agreed to share with any other person, other than with members of their law firm or corporation, any compensation paid or to be paid, except as follows:

An additional $50.00 will be added to account if the Meeting of Creditor is held in Guthrie; $100.00 if is held in Lawton or Enid because of the tremendous amount of driving time required.

Attorneys fees of $100.00 shall apply if client fails to appear at initial Meeting of Creditors, or if attorney is required to attend a second Meeting of Creditor because client fails to provide Trustee with required documentation at First Meeting of Creditors.

Does not include representation in adversary proceedings or contested matters. If representation is needed and requested by client, said representation shall be rendered by attorney for $150 per hour.

Does not include amendments to schedules for stricken entities or entitles not disclosed on client worksheets or for errors or omissions in client-provided creditor correspondence addresses. Under no circumstances is Wallace Law Firm, P.C. responsible for obtaining valid correspondence addresses.

The following charges, included in the agreed fee, are for post-petition work by attorney and his staff, and shall be assessed as follows: attorney attendance at the 341 meeting of creditors, $150.00, processing of reaffirmation agreements, $50 per inquiry, answering creditors calls regarding the interest of the debtor to reaffirm specific debts, $50.00 for each occurrence. Should the foregoing amounts accrue in excess of the agreed flat-rate, the excess charges shall be waived by attorney.

Dated: October 12, 2005

_____
Timothy L. Wallace
Attorneys for Debtor(s)

_____
Brett Bauman

_____

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**
**LAWTON DIVISION**

IN RE:  **Brett Bauman**                                    CASE NO

                                                            CHAPTER    **7**

## SUMMARY OF SCHEDULES

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 4 | $12,405.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $15,859.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | $21,452.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | $131,762.63 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | $2,719.76 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $5,489.00 |
| Total Number of Sheets of ALL Schedules > | | 22 | | | |
| Total Assets > | | | $12,405.00 | | |
| Total Liabilities > | | | | $169,073.63 | |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**
**LAWTON DIVISION**

IN RE:   **Brett Bauman**                                        CASE NO

                                                                 CHAPTER   **7**

## SCHEDULE A (REAL PROPERTY)

| Description And Location Of Property | Nature Of Debtor's Interest In Property | Husband, Wife, Joint Or Community | Current Market Value Of Debtor's Interest In Property, Without Deducting Any Secured Claim Or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| None | | | | |
| | | Total: | $0.00 | |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**
**LAWTON DIVISION**

IN RE:   **Brett Bauman**                                CASE NO

                                                                              CHAPTER   **7**

## SCHEDULE B (PERSONAL PROPERTY)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on hand | - | $0.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking<br>Cherokee Strip Credit Union<br><br>Savings<br>Cherokee Strip Credit Union | -<br><br>- | $400.00<br><br>$5.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings including audio, video and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Men's Clothes | - | $1,000.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| | | | Total > | $1,405.00 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**
**LAWTON DIVISION**

IN RE:   **Brett Bauman**                                        CASE NO

                                                                CHAPTER   **7**

## SCHEDULE B (PERSONAL PROPERTY)

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| | | | Total > | $1,405.00 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**
**LAWTON DIVISION**

IN RE:   **Brett Bauman**                                   CASE NO

                                                           CHAPTER   7

## SCHEDULE B (PERSONAL PROPERTY)

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2002 Mercury Sable | - | $11,000.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| | | | Total > | $12,405.00 |

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA
LAWTON DIVISION**

IN RE:    **Brett Bauman**                                         CASE NO

                                                                  CHAPTER    **7**

## <u>SCHEDULE B (PERSONAL PROPERTY)</u>

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed.  Itemize. | X | | | |
| | | | Total > | $12,405.00 |

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA
## LAWTON DIVISION

IN RE:    **Brett Bauman**

CASE NO

CHAPTER    **7**

## SCHEDULE C (PROPERTY CLAIMED AS EXEMPT)

Debtor elects the exemptions to which debtor is entitled under: (Check one box)

☐ 11 U.S.C. Sec. 522(b)(1):  Exemptions provided in 11 U.S.C. Sec. 522(d). Note: These exemptions are available only in certain states.

☑ 11 U.S.C. Sec. 522(b)(2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| Checking<br>Cherokee Strip Credit Union | 31 O.S. §§ 1A18, 1.1 | $400.00 | $400.00 |
| Savings<br>Cherokee Strip Credit Union | 31 O.S. §§ 1A18, 1.1 | $5.00 | $5.00 |
| Men's Clothes | 31 O.S. § 1A8 | $1,000.00 | $1,000.00 |
| 2002 Mercury Sable | 31 O.S. § 1A13 | $0.00 | $11,000.00 |
| | | $1,405.00 | $12,405.00 |

IN RE:   **Brett Bauman**

CASE NO _____
(If Known)

CHAPTER   **7**

## SCHEDULE D (CREDITORS HOLDING SECURED CLAIMS)

☐  Check this box if debtor has no creditors holding secured claims to report on Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxx0143<br><br>**FIRST COMMUNITY CREDIT UNION**<br>**9100 WESTVIEW DRIVE**<br>**HOUSTON, TX  77055** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Car Loan**<br>COLLATERAL:<br>**2002 Mercury Sable**<br>REMARKS:<br>**Wishes to reaffirm but delinquent at the time of filing.**<br><br>COLLATERAL VALUE:        **$11,000.00** | | | | $15,859.00 | $4,859.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

_____**No**_____ continuation sheets attached

|  | Total for this Page (Subtotal) > | $15,859.00 | $4,859.00 |
|---|---|---|---|
|  | Running Total > | $15,859.00 | $4,859.00 |

## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF OKLAHOMA
### LAWTON DIVISION

IN RE:   **Brett Bauman**                                                          CASE NO

                                                                                           CHAPTER   **7**

## SCHEDULE E (CREDITORS HOLDING UNSECURED PRIORITY CLAIMS)

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**     (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. Sec. 507(a)(2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided by 11 U.S.C. Sec. 507(a)(3), as amended by § 1401 of Pub. L. 109-8.

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. Sec. 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. Sec. 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to $2,225* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. Sec. 507(a)(6).

☐ **Alimony, Maintenance, or Support**
Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. Sec. 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local government units as set forth in 11 U.S.C. Sec. 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. Sec. 507(a)(9).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. Secs. 326, 328, 329 and 330.

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____1_____continuation sheets attached

IN RE:   **Brett Bauman**

CASE NO _____
(If Known)

CHAPTER   **7**

## SCHEDULE E (CREDITORS HOLDING UNSECURED PRIORITY CLAIMS)

*Continuation Sheet No. 1*

| TYPE OF PRIORITY | Taxes |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: xxxx1654<br>**ATTORNEY GENERAL CHILD SUPPORT**<br>**P.O. BOX 12017**<br>**AUSTIN, TX 78711** | | - | DATE INCURRED: **08-05**<br>CONSIDERATION:<br>**Child Support**<br>REMARKS: | | | | $3,702.00 | $3,702.00 |
| ACCT #:<br>**INTERNAL REVENUE SERVICE**<br>**SPECIAL PROCEDURES BRANCH**<br>**55 N. ROBINSON**<br>**STOP 5024**<br>**OKLAHOMA CITY, OK 73102** | | - | DATE INCURRED: **2003**<br>CONSIDERATION:<br>**Federal Taxes**<br>REMARKS:<br>**Trust Fund Taxes** | | | | $2,750.00 | $7,500.00 |
| ACCT #:<br>**INTERNAL REVENUE SERVICE**<br>**SPECIAL PROCEDURES BRANCH**<br>**55 N. ROBINSON**<br>**STOP 5024**<br>**OKLAHOMA CITY, OK 73102** | | - | DATE INCURRED: **2004**<br>CONSIDERATION:<br>**Federal Taxes**<br>REMARKS:<br>**Trust Fund Taxes** | | | | $7,500.00 | $7,500.00 |
| ACCT #:<br>**INTERNAL REVENUE SERVICE**<br>**SPECIAL PROCEDURES BRANCH**<br>**55 N. ROBINSON**<br>**STOP 5024**<br>**OKLAHOMA CITY, OK 73102** | | - | DATE INCURRED: **2005**<br>CONSIDERATION:<br>**Federal Taxes**<br>REMARKS:<br>**Trust Fund Taxes** | | | | $7,500.00 | $2,750.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | Total for this Page (Subtotal) > | | | | $21,452.00 | $21,452.00 |
| | | | Running Total > | | | | $21,452.00 | $21,452.00 |

IN RE:  **Brett Bauman**

CASE NO _____
(If Known)

CHAPTER  **7**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 1*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxx9235<br>**CAPITAL 1 BANK**<br>**11013 W BROAD ST.**<br>**GLEN ALLEN, VA  23060** | | - | DATE INCURRED:  **10-02**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $2,575.00 |
| ACCT #:  xxxxxxxx5163<br>**CAPITAL 1 BANK**<br>**11013 W BROAD ST.**<br>**GLEN ALLEN, VA  23060** | | - | DATE INCURRED:  **10-02**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1,579.00 |
| ACCT #:<br>**CASH ADVANCE, INC.**<br>**1438 N SUMMIT**<br>**ARKANSAS CITY, KS  67005** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Personal Loan**<br>REMARKS:<br>**Loan #16** | | | | $400.00 |
| ACCT #:  xxxx-xxxx-xxxx-0019<br>**CHASE**<br>**PO BOX 15919**<br>**WILMINGTON, DE 19850** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $3,081.18 |
| ACCT #:  xxxx-xxxx-xxxx-9021<br>**CHASE**<br>**100 DUFFY AVE**<br>**HICKSVILLE,NY  11801** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $3,299.64 |
| ACCT #:  xxxxxx2732<br>**CHEVRON CREDIT BANK, NA**<br>**PO BOX 5010**<br>**CONCORD, CA  94524** | | - | DATE INCURRED:  **08-01**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $505.00 |
| ACCT #:  xxxxx6722<br>**CITGO, CITI**<br>**PO BOX 6003**<br>**HAGERSTOWN, MD  21747** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $198.28 |

|  |  |
|---|---|
| **Total for this Page (Subtotal) >** | $11,638.10 |
| **Running Total >** | $39,885.65 |

IN RE:   **Brett Bauman**

CASE NO _____
(If Known)

CHAPTER   **7**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 2*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xx6521<br>**CITI/SHELL**<br>**PO BOX 6003**<br>**HAGERSTOWN, MD 21747** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $342.00 |
| ACCT #:  xxxxxxxx4213<br>**CITIFINANCIAL**<br>**INVESTMENT RECOVERY**<br>**PO BOX 913**<br>**OWINGSMILLS, MD 21117** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $2,810.00 |
| ACCT #:  xxxxxx0609<br>**CORPORATE RECEIVABLES, INC**<br>**PO BOX 32995**<br>**PHOENIX, AZ 85604** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for CitiFinancial**<br>REMARKS: | | | | $2,810.00 |
| ACCT #:  xxxxx6722<br>**CREDITORS EXCHANGE**<br>**PO BOX 2490**<br>**BUFFALO, NY  14240-2490** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for Citgo, Citi**<br>REMARKS: | | | | $198.28 |
| ACCT #:<br>**DYMACOL**<br>**PO BOX 9017**<br>**OCEANSIDE, NY  11572** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collection**<br>REMARKS:<br>**Columbia House Video** | | | | $78.00 |
| ACCT #:  xxxx-xxxx-xxxx-1619<br>**FIRST NATIONAL BANK OF MARIN**<br>**PO BOX 98873**<br>**LAS VEGAS, NV  89193** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1,390.00 |
| ACCT #:  xxxxx3863<br>**GEMB/CARE CREDIT**<br>**PO BOX 276**<br>**DAYTON, OH  45401** | | - | DATE INCURRED:   04-02<br>CONSIDERATION:<br>**Collection**<br>REMARKS: | | | | $1,800.00 |

|  | |
|---|---|
| Total for this Page (Subtotal) > | $9,428.28 |
| Running Total > | $49,313.93 |

IN RE:  **Brett Bauman**

CASE NO _____
(If Known)

CHAPTER  **7**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 3*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxx-xxxx-xxxx-9421<br>**GERALD E MOORE & ASSOCIATES**<br>P.O. BOX 724087<br>ATLANTA, GA  3119 | | | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for Capital One**<br>REMARKS: | | | | $3,150.00 |
| ACCT #:<br>**INTERNAL REVENUE SERVICE**<br>**SPECIAL PROCEDURES BRANCH**<br>**55 N. ROBINSON**<br>**STOP 5024**<br>**OKLAHOMA CITY, OK 73102** | | | DATE INCURRED:     2002<br>CONSIDERATION:<br>**Federal Taxes**<br>REMARKS:<br>**Personal Taxes**<br>**Due and filed more than 3 years prior to filing** | | | | $490.00 |
| ACCT #:<br>**LEADING EDGE RECOVERY SOLUTIONS, LC**<br>8550 W. W. BRYN MAWR AVE, STE 350<br>CHICAGO, IL  60631-3221 | | | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for MBNA**<br>REMARKS: | | | | $12,532.86 |
| ACCT #:<br>**LOCAL FINANCE**<br>123 EAST GRAND<br>PONCA CITY, OK  74601 | | | DATE INCURRED:<br>CONSIDERATION:<br>**Personal Loan**<br>REMARKS: | | | | $874.00 |
| ACCT #:  xxxxxx4366<br>**MIDLAND CREDIT MANAGEMENT**<br>8875 AERO DR.<br>SAN DIEGO, CA  92123 | | | DATE INCURRED:     09-05<br>CONSIDERATION:<br>**Installment**<br>REMARKS: | | | | $12,881.00 |
| ACCT #:<br>**MIDWEST SERVICE BUREAU, INC.**<br>625 W MAPLE<br>PO BOX 3888<br>WICHITA, KS  67201 | | | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Services**<br>REMARKS:<br>**Collecting For Urgent Care Family Practice** | | | | $20.00 |
| ACCT #:<br>**MIDWEST SERVICE BUREAU, INC.**<br>625 W MAPLE<br>PO BOX 3888<br>WICHITA, KS  67201 | | | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Services**<br>REMARKS:<br>**URGENT Care Family Practice** | | | | $224.76 |

|  | |
|---|---|
| **Total for this Page (Subtotal) >** | $30,172.62 |
| **Running Total >** | $79,486.55 |

IN RE:  **Brett Bauman**

CASE NO _____
(If Known)

CHAPTER  **7**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 4*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  3295<br>**MONOGRAM BANK OF N AMERICA**<br>PO BOX 17054<br>WILMINGTON, DE  19884 | | | DATE INCURRED:     04-02<br>CONSIDERATION:<br>**Installment**<br>REMARKS: | | | | $15,817.00 |
| ACCT #:  xxx8492<br>**NCO FINANCIAL SYSTEMS, INC.**<br>POB 41448<br>PHILADELPHIA, PA  19101 | | | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for CitiBank**<br>REMARKS: | | | | $18,344.00 |
| ACCT #:  xxxx8006<br>**NORTHLAND GROUP INC**<br>PO BOX 390905<br>EDNA MN  55439 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Citibank/Citgo Plus Card**<br>REMARKS: | | | | $198.28 |
| ACCT #:  xxxx8006<br>**NORTHLAND GROUP INC**<br>PO BOX 390905<br>EDNA MN  55439 | | | DATE INCURRED:<br>CONSIDERATION:<br>**Collection for Citibank**<br>REMARKS: | | | | $342.93 |
| ACCT #:  xxxxxxx/xxxxxx/xxxxx8504<br>**OSI COLLECTION SERVICES, INC.**<br>1375 E. WOODFIELD RD<br>SCHAUMBURG, IL  60173 | | | DATE INCURRED:<br>CONSIDERATION:<br>**Collection**<br>REMARKS:<br>**Collecting for Humana, Inc.** | | | | $128.71 |
| ACCT #:  xxxx-xxxx-xxxx-9021<br>**PARAGON WAY, INC.**<br>2101 W. BEN WHITE BLVD., #103<br>AUSTIN, TX  78704 | | | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for Chase**<br>REMARKS: | | | | $3,299.64 |
| ACCT #:  xxxxxxxxxx6657<br>**PROCOLLECT, INC.**<br>9550 FOREST LN STE 420<br>DALLAS, TX  75243 | | | DATE INCURRED:     02-03<br>CONSIDERATION:<br>**Collecting for Fountains Rosenberg Apts**<br>REMARKS: | | | | $952.00 |

Total for this Page (Subtotal) >  $39,082.56

Running Total >  $118,569.11

IN RE:  **Brett Bauman**

CASE NO _____
(If Known)

CHAPTER  **7**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 5*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> **RIO COM** <br> **401 DALLAS AVE.** <br> **MCALLEN, TX  78501** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Open Account** <br> REMARKS: <br> **Collecting for Rio Com Cable** | | | | $115.00 |
| ACCT #:  xxxxxx2732 <br> **RISK MANAGEMENT ALTERNATIVES, INC.** <br> **1330 BROADWAY, STE 310** <br> **OAKLAND, CA 94612** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Collecting for Chevron** <br> REMARKS: | | | | $505.52 |
| ACCT #:  xxxxxxxxxxxx xxCSAX <br> **RMA** <br> **PO BOX 105780** <br> **ATLANTA, GA 30348** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Collecting for - The Methodist Hospital** <br> REMARKS: | | | | $841.00 |
| ACCT #: <br> **SUNBELT  CREDIT** <br> **402 WEST GRAND** <br> **PONCA CITY, OK  74601** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Personal Loan** <br> REMARKS: | | | | $690.00 |
| ACCT #:  x2936 <br> **SUNBELT  CREDIT** <br> **204 E MAIN STREET** <br> **SPARTANBURG, SC 29306** | | - | DATE INCURRED:    08-05 <br> CONSIDERATION: <br> **Personal Loan** <br> REMARKS: | | | | $805.00 |
| ACCT #:  xxxx-xxxx-xxxx-9021 <br> **TEX COLLECT** <br> **2101 W BEN WHITE BLVD** <br> **AUSTIN, TX 78704** | | - | DATE INCURRED:    09-05 <br> CONSIDERATION: <br> **Collecting for Chase Manhattan Bank USA** <br> REMARKS: | | | | $3,299.00 |
| ACCT #:  xxxxxx0609 <br> **TEX COLLECT** <br> **2101 W BEN WHITE BLVD** <br> **AUSTIN, TX 78704** | | - | DATE INCURRED:    09-05 <br> CONSIDERATION: <br> **Collecting for CitiFinancial Corp.** <br> REMARKS: | | | | $2,810.00 |
| | | | Total for this Page (Subtotal) > | | | | $9,065.52 |
| | | | Running Total > | | | | $127,634.63 |

IN RE:   **Brett Bauman**

CASE NO _____
(If Known)

CHAPTER **7**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 6*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**TEXACO/CITIBANK**<br>**PO BOX 6003**<br>**HAGERSTOWN, MD 21747** | | - | DATE INCURRED:  **11-99**<br>CONSIDERATION:<br>**Consumer Debt**<br>REMARKS: | | | | $342.00 |
| ACCT #:  xxxx-xxxx-xxxx-9421<br>**VAN RU CREDIT CORP.**<br>**16024 SKOKIE BLVD., STE 2**<br>**SKOKIE, IL  66077-1109** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for Capital One**<br>REMARKS: | | | | $3,150.00 |
| ACCT #:  xxxxxxxxxxxxx0001<br>**VERIZON WIRELESS**<br>**ONE ALPHARETTA PLACE**<br>**ALPHARETTA, GA  30004** | | - | DATE INCURRED:  **09-02**<br>CONSIDERATION:<br>**Cellular Service**<br>REMARKS: | | | | $636.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| | |
|---|---|
| Total for this Page (Subtotal) > | $4,128.00 |
| Running Total > | $131,762.63 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**
**LAWTON DIVISION**

IN RE:  **Brett Bauman**                                              CASE NO

                                                                     CHAPTER   **7**

# SCHEDULE G (EXECUTORY CONTRACTS AND UNEXPIRED LEASES)

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**
**LAWTON DIVISION**

IN RE:   **Brett Bauman**                                    CASE NO

                                                            CHAPTER   **7**

## SCHEDULE H (CODEBTORS)

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**
**LAWTON DIVISION**

IN RE:   **Brett Bauman**                                    CASE NO

                                                              CHAPTER   **7**

## SCHEDULE I (CURRENT INCOME OF INDIVIDUAL DEBTOR(S))

| Debtor's Marital Status | Dependents of Debtor and Spouse (Names, Ages and Relationships) | | | | | |
|---|---|---|---|---|---|---|
| | Name | Age | Relationship | Name | Age | Relationship |
| **Single** | | | | | | |

| Employment | Debtor (# of additional employers: 1) | Spouse |
|---|---|---|
| Occupation | Recruiter Business Development | |
| Name of Employer | Brecek & Young | |
| How Long Employed | 1 yr 3 mos | |
| Address of Employer | 1904 N. Union<br>Ponca City, OK  74601 | |

| Income:  (Estimate of average monthly income) | **_DEBTOR_** | **_SPOUSE_** |
|---|---|---|
| Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $4,216.62 | |
| Estimated monthly overtime | $0.00 | |
| **SUBTOTAL** | **$4,216.62** | |
| LESS PAYROLL DEDUCTIONS | | |
| A. Payroll taxes (includes social security tax if B. is zero) | $497.01 | |
| B. Social Security Tax | $243.08 | |
| C. Medicare | $74.49 | |
| D. Insurance | $159.88 | |
| E. Union dues | $0.00 | |
| F. Retirement | $0.00 | |
| G. Other (specify)   Child Support | $522.40 | |
| H. Other (specify) | $0.00 | |
| I. Other (specify) | $0.00 | |
| J. Other (specify) | $0.00 | |
| K. Other (specify) | $0.00 | |
| *SUBTOTAL OF PAYROLL DEDUCTIONS* | **$1,496.86** | |
| ***TOTAL NET MONTHLY TAKE HOME PAY*** | **$2,719.76** | |
| Regular income from operation of business or profession or farm (attach detailed stmt) | $0.00 | |
| Income from real property | $0.00 | |
| Interest and dividends | $0.00 | |
| Alimony, maintenance or support payments payable to debtor for the debtor's use or that of the dependents listed above | $0.00 | |
| Social Security or other government assistance (specify) | $0.00 | |
| Pension or retirement income | $0.00 | |
| Other monthly income (specify below) | | |
| 1. | $0.00 | |
| 2. | $0.00 | |
| 3. | $0.00 | |
| ***TOTAL MONTHLY INCOME*** | **$2,719.76** | |

## TOTAL COMBINED MONTHLY INCOME  $2,719.76      (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA
### LAWTON DIVISION

IN RE:   **Brett Bauman**

CASE NO

CHAPTER   **7**

## SCHEDULE I (CURRENT INCOME OF INDIVIDUAL DEBTOR(S))

*Continuation Sheet No. 1*

**Additional Employment**

| Employment | Debtor | Spouse |
|---|---|---|
| Occupation<br>Name of Employer<br>How Long Employed<br>Address of Employer | Sales Clerk<br>Lowe's Companies, Inc.<br><br>P.O. Box 1111<br>North Wilkesboro, NC  28656 | |
| **Employment** | **Debtor** | **Spouse** |
| Occupation<br>Name of Employer<br>How Long Employed<br>Address of Employer | | |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**
**LAWTON DIVISION**

IN RE:   **Brett Bauman**                                      CASE NO

                                                                 CHAPTER   **7**

## SCHEDULE J (CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S))

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  If box is checked, complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rental for mobile home) | $325.00 |
| Are real estate taxes included?        ☑ Yes     ☐ No | |
| Is property insurance included?        ☑ Yes     ☐ No | |
| **Utilities:**   Electricity and heating fuel | $300.00 |
| Water and sewer | $0.00 |
| Telephone | $420.00 |
| Other:  Cable & Internet | $95.00 |
| Home maintenance (repairs and upkeep) | $50.00 |
| Food | $537.00 |
| Clothing | $350.00 |
| Laundry and dry cleaning | $100.00 |
| Medical and dental expenses (not covered by insurance) | $140.00 |
| Transportation (not including car payments) | $250.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $100.00 |
| Charitable contributions | |
| **Insurance**  (not deducted from wages or included in home mortgage payments) | |
| Homeowner's or renter's | $50.00 |
| Life | |
| Health | |
| Auto | $180.00 |
| Other:  Rent to Own Furniture | $150.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| Specify: | |
| **Installment payments:**  (In Chapter 12 and 13 cases, do not list payments included in the plan) | |
| Auto:   Auto Installment | $442.00 |
| Other: | |
| Other: | |
| Other: | |
| Alimony, maintenance, and support paid to others: | |
| Payments for support of add'l dependents not living at debtor's home: | |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $2,000.00 |
| Other: | |
| Other: | |
| **TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules) | **$5,489.00** |

| |
|---|
| [FOR CHAPTER 12 AND 13 DEBTORS ONLY] |
| Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval. |
| A. Total projected monthly income |
| B. Total projected monthly expenses (including separate spouse budget if applicable) |
| C. Excess income (A minus B) |
| D. Total amount to be paid into plan each                          (interval) |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**
**LAWTON DIVISION**

IN RE:   **Brett Bauman**                                             CASE NO

                                                                     CHAPTER   **7**

## <u>EXHIBIT TO SCHEDULE J</u>

## <u>Itemized Business Expenses</u>
**Brett Bauman Consulting**

| Expense | Category | Amount |
|---|---|---|
| Employee Wages | Labor | $2,000.00 |
| | Total > | $2,000.00 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**
**LAWTON DIVISION**

IN RE:   **Brett Bauman**                                          CASE NO

                                                                  CHAPTER   **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of      **23**
sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date _____10|12|05_____                    Signature _____
                                                      **Brett Bauman**

Date _____              Signature _____

[If joint case, both spouses must sign.]

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**
**LAWTON DIVISION**

IN RE:   **Brett Bauman**                                        CASE NO

                                                         CHAPTER   **7**

## STATEMENT OF FINANCIAL AFFAIRS

### 1. Income from employment or operation of business

None
☐         State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| $36,000.00 | 2003<br>Brecek & Young Advisors, Inc.<br>1110 Iron Point Rd<br>Ste 100<br>Folsom, CA  95630-9316 |
| $36,000.00 | 2004<br>Brecek & Young Advisors, Inc.<br>1110 Iron Point Rd<br>Ste 100 |
| $12,000.00 | Lowe's<br>2003 |
| $12,000.00 | Lowe's 2004 |

### 2. Income other than from employment or operation of business

None
☑         State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 3. Payments to creditors

None
☐         a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Rima Bellmard<br>419 N. 8th<br>Ponca City, OK  74601<br>(Rent) | 1st & 15th of ea<br>Month | $1,125.00 | |

None
☑         b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☑         a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**
**LAWTON DIVISION**

IN RE:   **Brett Bauman**                                              CASE NO

                                                                              CHAPTER   **7**

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 1*

---

None
☑       b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 5. Repossessions, foreclosures and returns

None
☑       List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 6. Assignments and receiverships

None
☑       a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑       b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 7. Gifts

None
☑       List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 8. Losses

None
☑       List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 9. Payments related to debt counseling or bankruptcy

None
☐       List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Wallace Law Firm, P.C. 2533 SW 59th Street Oklahoma City, OK 73119 | 10-12-05 | $209 Filing Fee $476 Attorney Fee |
| Credit Infonet PO Box 73093 Cleveland, OH 44193 | 10-12-05 | $30 Credit Bureau |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**
**LAWTON DIVISION**

IN RE:   **Brett Bauman**

CASE NO

CHAPTER   7

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 2*

---

### 10. Other transfers

None ☑

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 11. Closed financial accounts

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Home National Bank** | **Checking** **$0.00** | **$0.00** **Closed 12-04** |

---

### 12. Safe deposit boxes

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 13. Setoffs

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 14. Property held for another person

None ☑

List all property owned by another person that the debtor holds or controls.

---

### 15. Prior address of debtor

None ☑

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

---

### 16. Spouses and Former Spouses

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**
**LAWTON DIVISION**

IN RE:   **Brett Bauman**                                                                    CASE NO

                                                                                                  CHAPTER   **7**

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 3*

---

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None
☑   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

---

None
☑   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None
☑   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

### 18. Nature, location and name of business

None
☐   a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME, ADDRESS, AND TAXPAYER I.D. NUMBER | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- |
| **Brett Bauman**<br>**419 N 8 St**<br>**Ponca City, OK  74601** | **Stock Broker Recruiting**<br>**Consulting** | **09-01-2003**<br>**12-31-2005** |

---

None
☑   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. Section 101.

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**
**LAWTON DIVISION**

IN RE:   **Brett Bauman**                                                      CASE NO

                                                                                CHAPTER   7

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 4*

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐
    a. List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| None | |

None
☐
    b. List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| None | |

None
☐
    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| None | |

None
☐
    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| None | |

### 20. Inventories

None
☐
    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| N/A | | |

None
☑
    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

### 21. Current Partners, Officers, Directors and Shareholders

None
☐
    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| N/A | | |

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA
## LAWTON DIVISION

IN RE:   **Brett Bauman**

CASE NO

CHAPTER    7

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 5*

---

None ☑

    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

### 22. Former partners, officers, directors and shareholders

None ☑

    a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

---

None ☑

    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

---

### 23. Withdrawals from a partnership or distributions by a corporation

None ☑

    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

---

### 24. Tax Consolidation Group

None ☑

    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

---

### 25. Pension Funds

None ☐

    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

**NAME OF PENSION FUND**            **TAXPAYER IDENTIFICATION NUMBER**

**N/A**

---

### *DECLARATION CONCERNING DEBTOR'S STATEMENT OF FINANCIAL AFFAIRS*

    I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto, consisting of _____**6**_____ sheets, and that they are true and correct.

Date ___10/12/05___

Signature _____
of Debtor    **Brett Bauman**

Date _____

Signature _____
of Joint Debtor
(if any)

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. Sections 152 and 3571*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**
**LAWTON DIVISION**

IN RE:   **Brett Bauman**                                         CASE NO

                                                                 CHAPTER   **7**

## VERIFICATION OF CREDITOR MATRIX

    The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date ___ 10/12/05 ___          Signature _____
                                              **Brett Bauman**

Date _____          Signature _____